**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Leo V. Leyva, Esq.
James T. Kim, Esq.
Attorneys for PRIF II Chemtek, LLC and P II River Vale GC Funding, LLC

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CASE NO. 10-28641 (DHS) |
|---|---|
| In re: : : : CHEMITEK 2006, LLC, : : : Debtor. : : : | Chapter 7 **HEARING DATE AND TIME:** June __, 2010 at __:__ __.m. **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION OF PRIF II CHEMTEK, LLC AND P II RIVER VALE GC FUNDING, LLC FOR AN ORDER DISMISSING THE CHAPTER 7 PETITION PURSUANT TO 11 U.S.C. § 707(A)**

TO:    All Parties-in-Interest

PLEASE TAKE NOTICE that pursuant to an Order Shortening Time entered by the

Court on June ___, 2010, and transmitted herewith, the undersigned, attorneys for PRIF II

Chemtek, LLC and P II River Vale GC Funding, LLC, shall move before the Honorable Donald

H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin

Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102,

42952/0017-6827559v1

for entry of an Order dismissing the Chapter 7 petition pursuant to 11 U.S.C. § 707(a) (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Memorandum of Law, Affirmation of Leo V. Leyva, Esq. and Affidavits of David McLain dated February 5, 2010, and March 11, 2010 (previously submitted to the Court) which collectively set forth the relevant factual and legal bases upon which the requested relief should be granted.  A proposed Order granting the requested relief also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than June ___, 2010 at _____ ____.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without further notice or hearing.

2

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the Motion.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Attorneys for PRIF II Chemtek, LLC and P II River Vale GC Funding, LLC
>
> By: */s/ Leo V. Leyva*
>     Leo V. Leyva
>     James T. Kim

Dated:  June 21, 2010

42952/0017-6827559v1